1018

No. 02–9583.  CARRASCO-CARRASCO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–9584.  CAMACHO v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 02–9585.  DOWNEY v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 02–9586.  CORTES-URBINA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–9592.  VEGA MOJARRO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–9593.  BOYD v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 02–9599.  MEROLD v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 02–9603.  SALAS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–9614.  BROOKS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–9615.  ARNESON v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 02–9617.  HOLMBERG v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 02–9626.  MACKINS v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 02–9628.  MALONE v. PAYNE.  C. A. 9th Cir.  Certiorari denied.

No. 02–9631.  TORRES v. LEVESQUE ET AL.  C. A. 2d Cir. Certiorari denied.

No. 02–9634.  POWELL, AKA ROBINSON v. UNITED STATES. C. A. 3d Cir.  Certiorari denied.